David Lee Zuckerman, Esq., Philadelphia, for Craig Murphy.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2009, the order of the PCRA court is affirmed. *See Commonwealth v. Fahy,* 598 Pa. 584, 959 A.2d 312 (2008); *Commonwealth v. Marshall,* 596 Pa. 587, 947 A.2d 714, 720–22 (2008).

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Joseph KINDLER, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 24, 2009.
Decided May 26, 2009.

Matthew C. Lawry, Esq., Defender Association of Philadelphia, Philadelphia, for Joseph J. Kindler.

Amy Zapp, Esq., Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, SAYLOR, EAKIN, BAER, TODD McCAFFERY and GREENSPAN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2009, the order of the PCRA court is affirmed. *See Commonwealth v. Fahy,* 598 Pa. 584, 959 A.2d 312 (2008); *Commonwealth v.*

*Marshall,* 596 Pa. 587, 947 A.2d 714, 720–22 (2008).